UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| AURORA LOAN SERVICES, LLC, etc., | ) | |
| Plaintiff, | ) | 2:12-cv-1239-GMN-RJJ |
| vs. | ) | |
| SAFEGUARD PROPERTIES, LLC, etc., | ) | **ORDER** |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on December 12, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  27th  day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge